UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID W. WALDAHL and
DOROTHY G. LACHNER,

Plaintiffs,

v.

HOUSEHOLD INDUSTRIAL
FINANCE COMPANY,

Defendant.

CIVIL FILE NO. 01-2176 (RHK/JMM)

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Having considered the Applications to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Applications are:

☑ GRANTED

☑ The Clerk is directed to file the Complaint.

☑ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiffs. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: December 4, 2001

JOHN M. MASON
United States Magistrate Judge

Filed DEC 04 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________