# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David W. Waldahl, and
Dorothy G. Lachner

Plaintiffs,

vs.

Household Industrial Finance Company,

Defendant.

Case No.: 01-CV-2176 (RHK/JMM)

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the stipulation of the parties, the above-entitled matter is hereby dismissed on its merits with prejudice.

Dated: May 10, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiffs
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

Dated: May 10, 2002

Lawrence T. Hofmann, Esq.
Minn. Atty. Lic. No. 45998
Tricia M. Whitehill, Esq.
Minn. Atty. Lic. No. 280203
4400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 339-2020

MAY 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 13 2002
DEPUTY CLERK

**ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED, that the above-entitled matter is dismissed with prejudice on its merits, but without costs or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 13, 2002

Richard H. Kyle
United States District Court Judge